KYH: JWS/USAO#2025R00473

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal no. ELH-25-292 |
| SHARIF NORTHINGTON, | * | (Assaulting, Resisting, and Impeding Federal Officers, |
| Defendant. | * | 18 U.S.C. § 111(a)(1) and (b)) |

...oOo...

## INFORMATION

### COUNT ONE
(Assaulting, Resisting, and Impeding Federal Officers)

On or about September 5, 2024, in the District of Maryland, the defendant,

**SHARIF NORTHINGTON,**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States as designated in 18 U.S.C. § 1114, specifically Deputy United States Marshals Kenneth Dunckel and Beau Corriveau while they were engaged in and on the account of the performance of official duties, which such forcible acts involved physical contact inflicting bodily injury upon them.

18 U.S.C. § 111(a)(1) and (b)

Date:   October 2, 2025

*Kelly O. Hayes*
KELLY O. HAYES
UNITED STATES ATTORNEY

Digitally signed by JOHN SIPPEL
Date: 2025.10.02 10:57:17 -04'00'